BINGHAM MCCUTCHEN LLP
Stephen Zovickian (SBN 78697)
stephen.zovickian@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

BINGHAM MCCUTCHEN LLP
Jason H. Anderson (SBN 172087)
jason.anderson@bingham.com
Craig A. Taggart (SBN 239168)
craig.taggart@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

Attorneys for Defendant E. & J. Gallo Winery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WARREN,<br><br>                    Plaintiff,<br><br>          v.<br><br>E. & J GALLO WINERY,<br><br>                    Defendant. | CASE NO.: CV 10 1003 SC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE** |

        IT IS HEREBY STIPULATED between the parties, through their undersigned counsel, that the Case Management Conference currently scheduled for February 11, 2011 be continued to March 4, 2011 at 10:00 a.m. in Courtroom 1, on the 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.  Counsel have previously conferred with the Deputy Clerk to confirm the availability of the new date.

        Following a successful mediation with Randall Wulff, Esq., Gallo and plaintiff agreed on the terms of a class settlement and, with the assistance of Mr. Wulff, counsel have worked

1   diligently to finalize the terms and details of their settlement term sheet.  Counsel have not

2   completed the final settlement documentation, pending plaintiff's ongoing effort to join another

3   party in the settlement—the Constellation Defendants.[1]  The Constellation Defendants are another

4   large winery that also bought wine labeled as "Pinot Noir" from the same French suppliers as

5   Gallo.  Plaintiff believes that a proposed joint class action settlement promotes judicial economy

6   and benefits the Proposed Classes.  Accordingly, plaintiff is diligently pursuing the joint

7   settlement, and Mediator Wulff is currently working with plaintiff and Constellation to finalize the

8   terms.  However, plaintiff and Gallo have agreed that if the proposed joint settlement does not

9   come to pass, plaintiff and Gallo will revert to their agreed upon settlement terms as memorialized

10  in the parties' settlement term sheet.

11          The parties therefore request that the Case Management Conference be continued for

12  approximately three weeks, at which time they anticipate having more information to report to the

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24
---
[1] Pending in the United States District Court for the Central District before Judge Snyder, the other case is
25  captioned as *MARK ZELLER, on behalf of himself and others similarly situated, Plaintiff, v.
CONSTELLATION BRANDS, INC.; CONSTELLATION WINES U.S., INC.; SICA CAVES DU SIEUR
26  D'ARQUES; AIMERY SIEUR D'ARQUES; VIGNERON DU SIEUR D'ARQUES; DOMAINE ET
VIGNOBLE DU SUD, formerly known as Société Ducasse; and DOES 1 to 50 Inclusive,* Case No. CV 10-
27  8601 CAS (VBKx).

28                                                  **STIPULATION AND ORDER CONTINUING CASE
                                                    MANAGEMENT CONFERENCE DATE**

    CASE NO. CV 10 1003 SC

    A/73633478.1

1  Court on the status of the proposed joint settlement, the final documentation of the settlement of

2  this action with or without the Constellation Defendants, and a proposed briefing schedule for

3  preliminary and final approval of the settlement.

4          SO STIPULATED:

5   Dated:  January 12, 2011                    BINGHAM MCCUTCHEN LLP

6

7                                               By_____/s/_____
                                                        Stephen Zovickian
8                                               Attorneys for Defendant/Cross-Complainant
                                                        E. & J. Gallo Winery
9

10  Dated:  January 12, 2011                    KINGSLEY & KINGSLEY, APC

11

12                                              By_____/s/_____
                                                        Kelsey Peterson-More
13                                              Attorneys for Plaintiff Joan Warren

14  Dated:  January 12, 2011                    CADDELL & CHAPMAN

15

16                                              By_____/s/_____
                                                        Cory S. Fein
17                                              Attorneys for Plaintiff Joan Warren

18

19  SO ORDERED:

20  Dated:  1/13/11

21                                              _____
                                                IT IS SO ORDERED
22                                              U                              Judge
23                                              Judge Samuel Conti

24

25

26

27

28                                              **STIPULATION AND ORDER CONTINUING CASE**
                                                **MANAGEMENT CONFERENCE DATE**
    CASE NO. CV 10 1003 SC

    A/73633478.1