IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WARREN,<br><br>      Plaintiff,<br><br>  v.<br><br>E. & J. GALLO WINERY,<br><br>      Defendant. | Case Nos. C-10-1003 SC<br>          C-11-2138 SC<br><br>ORDER CONSOLIDATING CASES |

On May 31, 2011, this Court issued an order relating this case and Zeller v. Constellation Brands Inc., No. C-11-2138-SC. ECF No. 34. The Court now CONSOLIDATES these cases, finding consolidation to be warranted by common questions of law and fact in these actions. The consolidated case will continue to be referred to as Warren v. E&J Gallo Winery, C-10-1003-SC. All documents will be filed under case number C-10-1003-SC. Counsel are to adhere to all previously issued orders in the consolidated action. All matters presently scheduled for hearing in the present case are vacated and must be renoticed for hearing before the undersigned.

IT IS SO ORDERED.

Dated: May 31, 2011

                                              UNITED STATES DISTRICT JUDGE