Michael A. Caddell, State Bar No. 249469
mac@caddellchapman.com
Cynthia B. Chapman, State Bar No. 164471
cbc@caddellchapman.com
Cory S. Fein, State Bar No. 250758
csf@caddellchapman.com
**CADDELL & CHAPMAN**
1331 Lamar, #1070
Houston TX 77010
Telephone 713.751.0400
Facsimile: 713.751.0906

Attorney for Plaintiff Joan Warren

Stephen A. Zovickian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2693

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joan Warren,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. & J. Gallo Winery<br><br>　　　　　Defendant. | Case No. CV 10 1003 SC<br><br>CLASS ACTION<br><br>**STIPULATION OF DISMISSAL**<br>Fed. R. Civ. P. 41(a)(1) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

- 1 -

Dated: May 31, 2011.

Respectfully submitted,

| /s/ Michael A. Caddell | /s/ Stephen A. Zovickian |
|---|---|
| Michael A. Caddell | Stephen A. Zovickian |
| State Bar No. 249469 | Bingham McCutchen LLP |
| **CADDELL & CHAPMAN** | Three Embarcadero Center |
| 1331 Lamar, #1070 | San Francisco, CA 94111 |
| Houston TX 77010 | Telephone: (415) 393-2693 |
| Telephone 713.751.0400 | |
| Facsimile: 713.751.0906 | Attorneys for Defendant |
| mac@caddellchapman.com | |
| | **COUNSEL FOR DEFENDANT** |

OF-COUNSEL

Cynthia B. Chapman
State Bar No. 164471
cbc@caddellchapman.com
Cory S. Fein
State Bar No. 250758
csf@caddellchapman.com
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
(713) 751-0400
(713) 751-0906 FAX

**COUNSEL FOR PLAINTIFF**

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

**ATTESTATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from Stephen Zovickian.

By: /s/ Cory S. Fein
Cory S. Fein

**CERTIFICATE OF SERVICE**

I hereby attest that on May 31, 2011, the foregoing was filed on the Court's ECF system and thereby served on all counsel of record.

By: /s/ Cory S. Fein
Cory S. Fein